**O**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO REMBERTO MIXCO,<br><br>            Petitioner,<br><br>    vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>            Respondent. | ) CASE NO. CV 11-02938 CJC (RZ)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

This matter came before the Court on the Petition of JULIO REMBERTO MIXCO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: October 13, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE