**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO REMBERTO MIXCO,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 11-02938 CJC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Corrected Amended Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 10, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE