O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO REMBERTO MIXCO,<br><br>             Petitioner,<br><br>      vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>             Respondent. | CASE NO. CV 11-02938 CJC (RZ)<br><br>JUDGMENT |

This matter came before the Court on the First Amended Petition of JULIO REMBERTO URIBE, for a writ of habeas corpus. Having reviewed the First Amended Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: March 10, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE